**PART 128-48 — UTILIZATION, DONATION, OR DISPOSAL OF ABANDONED AND FORFEITED PERSONAL PROPERTY**
## § 128-48.001 Definitions

### § 128-48.001-5 Forfeited property

Personal property acquired by a bureau, either by administrative process or by order of a court of competent jurisdiction pursuant to any law of the United States.

43 FR 3279, Jan. 24, 1978, unless otherwise noted.

41 CFR 128-1.105.

### § 128-48.001-50 Administrative or summary process.

Forfeiture is achieved by direction of the seizing bureau in lieu of the courts.

The phrase shall be interpreted to mean by administrative process.

43 FR 3279, Jan. 24, 1978, unless otherwise noted.

41 CFR 128-1.105.

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.
### Subpart 128-48.1 — Utilization of Abandoned and Forfeited Personal Property

#### § 128-48.102-1 Vesting of title in the United States.

(a) Abandoned or other unclaimed property subject to the provisions of section 203(m) of the Federal Property and Administrative Services Act of 1949, as amended (40 U.S.C. 484 (m)), shall remain in the custody of and be the responsibility of the bureau finding such property.

(b) If the owner of such property is known, the owner shall be notified within 20 days of finding such property by certified mail at the owner's address of record that the property may be claimed by the owner or his designee and that if the property is not claimed within 30 days from the date the letter of notification is postmarked, the title of the property will vest in the United States.

(c) If the owner of such property is not known and the estimated value of the property exceeds $100, the bureau shall post notice within 20 days of finding such property, which contains the following information:

(1) A description of the property including model or serial numbers, if known.

(2) A statement of the location where the property was found and the office that has custody of it.

(3) A statement that any person desiring to claim the property must file with the bureau within 30 days from the date of first publication a claim for said property.

(4) A complete mailing address is to be provided as a point of contact within the bureau for any person to obtain additional information concerning the property or the procedures involved in filing a claim.

Notice must be published a week for at least three successive weeks. Sound judgment and discretion must be used in selecting the publication medium. Advertisements should be placed in a publication of general circulation within the judicial district where the property was found.

(d) Property, as described in paragraphs (b) and (c) of this section, shall be held for a period of 30 days from the date of the first publication of notice. Upon the expiration of this 30-day period, title to such property vests in the United States, except that title reverts to the owner where a proper claim is filed within three years from the date of vesting of title in the United States, but if the property has been in official use, transferred for official use, or sold at the time the proper claim is approved, title shall not revert back to the former owner. The former owner shall instead

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.
obtain reimbursement in accordance with 41 CFR 101-48.102-4 or 101-48.305-1.

(e) If the owner of such property is unknown and the estimated value of the property is $100 or less, no notice is required, and the property shall be held for a period of 30 days from the date of finding the property. Upon expiration of this 30-day period, title to such property vests in the United States.

43 FR 3279, Jan. 24, 1978, unless otherwise noted.

41 CFR 128-1.105.

#### § 128-48.102-4 Proceeds.

(a) Records of abandoned or other unclaimed property will be maintained in such a manner as to permit identification of the property with the original owner, if known, when such property is put into official use or transferred to other use by the finding bureau. Records will be maintained until the three-year period for filing claims has elapsed to enable the bureau to determine the amount of reimbursement due to a former owner who has filed a proper claim for abandoned or other unclaimed property.

(b) Reimbursement for official use by the finding bureau or transfer for official use of abandoned or other unclaimed property that has been placed in a special fund by the bureau for more than three years shall be deposited in the Treasury of the United States as miscellaneous receipts, or in such other bureau accounts as provided by law.

43 FR 3279, Jan. 24, 1978, unless otherwise noted.

41 CFR 128-1.105.

#### § 128-48.150 Determination of type of property.

If a bureau is unable to determine whether the personal property in its custody is abandoned or voluntarily abandoned, the bureau shall contact the regional office of the General Services Administration for the region in which the property is located for such a determination.

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,  .  Case No. 97-110(JAF)

.

Plaintiff,  .

.

vs

.

JOSE RAMOS CARTAGENA, et al..

.

Defendants.  .

_____\\

AFTERNOON SESSION

BEFORE THE HONORABLE JOSE A. FUSTE

Wednesday, June 3, 1988

JURY TRIAL

Page 1

1   A. Yes.
2   Q. Where did you go to?
3   A. To Discovery Zone, because it was my kid's
4   birthday.
5   Q. In the afternoon, did you receive a call there?
6   A. Yes.
7   Q. Who called you at the Discovery Zone?
8   A. Yes, sir.
9   Q. Did you ever speak to Jessica Vega Coreano again
10  after that?
11  A. No.
12  Q. During that conversation, what did you say to her?
13  A. That the FBI had done a search at her house.
14  Q. Did you make arrangements -- what did you do wi
15  Jessica's child?
16  A. I had kept her with me.
17  Q. Did you continue to keep her with you, then?
18  A. No. Later I left her with another girlfriend of
19  ours, so that she would keep her while I would go to wo
20  Q. During the days after the robbery, did you see
21  Cheito again?
22  A. No.
23  Q. Did you know Hochi to have a job?
24  A. No.
25  Q. Did you know anything about a truck that he owne

Page 2

1   A. A tow truck.
2   Q. Tell us about that tow truck of Hochi's.
3   A. The tow truck was his, but he was not driving it;
4   he was renting it out to somebody else.
5   Q. Do you know how much he made from renting tha
6   truck out?
7   A. No.
8   Q. Did you know Cheito to have a job?
9   A. No.
10  Q. Did you know Cheito to own any vehicles or
11  recreational vehicles?
12  A. No. Not before the robbery.
13  Q. How about after the robbery?
14  A. Yes.
15  Q. I used the word "owned," but I meant "be in
16  possession of." Do you understand the difference?
17     THE INTERPRETER: Counsel, the translation was fo
18  owned that was given to the witness. It was "have,"
19  technically "to have." Did he "have" a vehicle?
20     MS. DAVIS: If that was the translation, then that
21  was fine.
22     BY MS. DAVIS:
23  Q. What vehicle did you see him in possession of afte
24  the robbery?
25  A. A Jet Ski.

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O. Box 366269
Hato Rey, Puerto Rico 00918
April 6, 2006

CERTIFIED RETURN RECEIPT

Mr. Jose R. Ramos-Cartagena
Inmate Number 14857-069
USP Coleman 1
U.S. Penitentiary
P.O. Box 1033
Coleman, FL 33521

RE: $1,820.00 US Currency
Abandonment Case Number: 3800-06-A-002

On May 31, 1998, the Federal Bureau of Investigation ("FBI") seized the above-mentioned property.

The Federal Bureau of Investigation is in possession of the above-referenced property.

As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by that date, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1.

You may claim the property by contacting Paralegal Specialist Iris Garcia at telephone 759-1569. The claim must be in writing, sworn, and, pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim. This will be the only notice you receive concerning this property.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge

By: _____
C. Michael Faries
Chief Division Counsel

2

**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O. Box 366269
Hato Rey, Puerto Rico 00918
April 6, 2006

CERTIFIED RETURN RECEIPT

Mr. Jose R. Ramos-Cartagena
Inmate Number 14857-069
USP Coleman 1
US Penitentiary
P.O. Box 1033
Coleman, FL 33521

Dear Sir:

RE: $230.63 US Currency
Abandonment Case Number: 3800-06-A-002

On May 31, 1998, the Federal Bureau of Investigation (FBI) seized the above-mentioned property.

The Federal Bureau of Investigation is in possession of the above-referenced property.

As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by that date, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1.

You may claim the property by contacting Paralegal Specialist Iris Garcia at telephone 759-1569. The claim must be in writing, sworn, and, pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim. This will be the only notice you receive concerning this property.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge

By: [signature]
C. Michael Maries
Chief Division Counsel

2



**U.S. Department of Justice**

Federal Bureau of Investigation



In Reply, Please Refer to
File No.
192C-SJ-34634

P.O. Box 366269
Hato Rey, Puerto Rico, 00918.
July 17, 2006.

CERTIFIED RETURN RECEIPT

Mr. José R. Ramos-Cartagena
Register No. 14847-069
FCC Coleman USP-I
P.O. Box 1033
Coleman, FL. 33521-1033.

RE: Claim On Seized Property
Abandonment Case Number: 3800-06-A-002

Dear Sir:

We received your letter claiming the following seized property:

    $ 1,820.00  US Currency
       230.63  US Currency
    ==========
    $ 2,050.63  Total Claimed

However, we must refer to the last paragraph of the notices sent to your attention on April 6, 2006. It states that the claim must be in writing, sworn, and pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim.

You are advised that, if the aforementioned documents are not submitted within the next twenty (20) days from the date postmarked on this second notice, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge

By: [signature]
C. Michael Faries
Chief Division Counsel

cfile

2

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O.Box 366269
Hato Rey,P.R.00936-6269.
August 31, 2006
CERTIFIED RETURN RECEIPT

Mr. José R. Ramos-Cartagena
Register #14847-069
FCC Coleman USP-I
P.O. Box 1033
Coleman,FL.33521-1033.

RE:Case ID 192C-SJ-34634
Abandonment Case

Dear Sir:

We received your letter and sworn statement claiming the following seized property:

$ 1,820.00   US Currency
$   230.63  US Currency
==============================
$ 2,050.63 Total US Currency

However,we must refer to the last paragraph of the notice sent to your attention on July 24,2006. It states that the claim must be in writing,sworn,and,pursuant to 41 C.F.R. Section 128-48.503,**must be supported by documentary evidence establishing your valid,good faith interest in the property.The FBI cannot adjudicate ownership if the appropiate requested evidence is not submitted by the claimant**.

You are advised that,if the aforementioned documents are not submitted within the next twenty (20) days from the date postmarked on this second notice, title will vest in the United States pursuant to Title 41,Code of Federal Regulations (C.F.R.), Section 128-48.102.1.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge
By
C.Michael Faries
Chief Division Counsel



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O. Box 362269
Hato Rey, Puerto Rico 00918
July 11, 2006

CERTIFIED RETURN RECEIPT

Mr. José Ramos-Cartagena
Register # 148857-069,
USP Coleman Penitentiary, P.O. Box 1033,
Coleman, Fl., 33521.

RE: $445.00 US Currency
Abandonment Case Number: 3800-06-A-026

Dear Mr. Ramos-Cartagena:

On May 28, 1997, the Federal Bureau of Investigation (FBI) seized the above-mentioned property. The Federal Bureau of Investigation is in possession of the above referenced property.

As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by that date, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1..

You may claim the property by contacting Paralegal Specialist Iris Garcia at telephone 759-1569. The claim must be in writing, sworn, and, pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim. This will be the only notice you receive concerning this property.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge

By: [signature]
C. Michael Faries
Chief Division Counsel

2



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O. Box 366269
Hato Rey, Puerto Rico 00918
July 11, 2006

CERTIFIED RETURN RECEIPT

Mr. José Ramos-Cartagena
Register # 148857-069,
USP Coleman Penitentiary, P.O. Box 1033,
Coleman, FL. 33521.

RE: $70.00 US Currency
Abandonment Case Number: 3800-06-A-026

Mr. Ramos-Cartagena:

On May 28, 1997, the Federal Bureau of Investigation seized the above-mentioned property. The Federal Bureau of Investigation is in possession of the above referenced property.

As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by that date, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1.

You may claim the property by contacting Paralegal Specialist Iris Garcia at telephone 759-1569. The claim must be in writing, sworn, and, pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim. This will be the only notice you receive concerning this property.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge
BY: [signature]
C. Michael Rayles
Chief Division Counsel




2



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O. Box 366269
Hato Rey, Puerto Rico 00918
July 11, 2006

CERTIFIED RETURN RECEIPT

Mr. José Ramos-Cartagena
Register # 148857-069,
FCI Coleman Penitentiary, P.O. Box 1033,
Coleman, FL. 33521.

RE: One Gold Bracelet
Abandonment Case Number: 3800-06-A-029

Dear Mr. Ramos-Cartagena:

On May 28, 1997, the Federal Bureau of Investigation (FBI) seized the above-mentioned property. The Federal Bureau of Investigation is in possession of the above referenced property.

As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by that date, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1..

You may claim the property by contacting Paralegal Specialist Iris Garcia at telephone 759-1569. The claim must be in writing, sworn, and, pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim. This will be the only notice you receive concerning this property.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge
By: C. Michael Farfes
Chief Division Counsel

2

Case 3:97-cr-00110-JAF    Document 547-2    Filed 11/14/2006    Page 11 of 11



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 192C-SJ-34634

P.O. Box 366269
San Juan, P.R. 00936-6269.
July 24, 2006

CERTIFIED RETURN RECEIPT

José P. Ramos-Cartagena
Register # 14847-069
FCC Coleman USP-I
P.O. Box 1033
Coleman, FL. 33521-1033.

RE: Case ID 192C-SJ-34634
Abandonment Case

Dear Sir:

On May 28, 1997, the Federal Bureau of Investigation (FBI) seized the following property:

$    801.45 US Currency
$    954.00 US Currency
===========================
$  1,755.45 Total US Currency

As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by that date, title will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.), Section 128-48.102.1..

You may claim the property by contacting Paralegal Specialist Iris Garcia at telephone 759-1569. The claim must be in writing, sworn, and, pursuant to 41 C.F.R. Section 128-48-.503, must be supported by documentary evidence establishing your valid, good faith interest in the property. Upon receipt of the claim, the FBI will conduct an investigation into the merits of the claim. This will be the only notice you receive concerning this property.

Sincerely Yours,

Luis S. Fraticelli
Special Agent in Charge

By: C. Michael Fawles
Chief Division Counsel

2