IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v                                                    CASE NO.   3:97CR00110-001(JF)

JOSE RAMOS-CARTAGENA

MOTION REQUESTING EARLY TERMINATION OF SUPERVISION

**COMES NOW, ALEXANDRA CASTELLANOS, UNITED STATES PROBATION OFFICER OF THIS COURT,** respectfully requesting as follows:

On November 12, 1998, Mr. Jose Ramos-Cartagena was sentenced by Judge Jose Antonio Fuste, after being found guilty at trial of Aiding and Abetting in a Bank Robbery, Assault, Aiding and Abetting, Breaking and Entering Carrier Facilities, and Using a Firearm in a Crime of Violence. He was sentenced to 235 months of imprisonment (Counts One-Three), 120 months of imprisonment (Count Four), to be served concurrently, and 120 months of imprisonment (Count Five) consecutive to the other counts, for a total incarceration of 355 months. This sentence was to be followed by five years of supervised release as to Counts One-Three and three years as to Counts Four-Five, to be served concurrently. A release plan from the Bureau of Prisons was approved for supervision in the Eastern District of Wisconsin in July of 2021.

On September 21, 2022, Mr. Jose Ramos-Cartagena commenced his supervise release term in the Eastern District of Wisconsin, the same is scheduled to expire on September 20, 2027. The Eastern District of Wisconsin has requested that the Court be notified of Mr. Ramos-Cartagena's positive adjustment in the community, and request for the Court to allow early termination of the supervision term. Mr. Ramos-Cartagena has incurred no violations of supervision since his release.

1

As reflected in the BOP Progress Report, Mr. Ramos-Cartagena was able to benefit from various educational courses, including completing his GED. Also, while he was incarcerated, he maintained a clear conduct since 2011.

Mr. Ramos-Cartagena is fifty (50) years of age residing independently and employed full-time at Furlani Foods in Oak Creek, Wisconsin. He has made efforts to reconnect with family in Puerto Rico, visiting with an approved travel permission. Mr. Ramos Cartagena has been supervised under Low Intensity Supervision (LIS) since his release from prison. This caseload is reserved for individuals who have demonstrated a high level of compliance and are considered a low risk of re-offending. A Post Conviction Risk Assessment (PCRA) placed him in the low-risk category. Individuals in this category exhibit minimal criminal thinking and have little risk of recidivism.

Title 18, United States Code, Section 3583(e)(1) provides for early termination of a supervised release term. Said subsection allows the Court to terminate a term of supervised release and discharge the defendant at any time after the expiration of one (1) year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

The Guide provides general criteria for assessing whether a statutorily eligible person under supervision should be recommended to the Court as an appropriate candidate for early termination. In brief review of these criteria, Mr. Ramos-Cartagena is stable in the community with respect to his residence and employment status; has complied with his supervised release conditions and has been free from any court-reported violations within the last 12 months; and engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful beyond the termination of supervision. It appears Mr. Ramos-Cartagena presents no identified risk to the public or any potential victims. He is also free from any court-reported violations within the last 12 months and has been part of the LIS program for over two years. Mr. Ramos-Cartagena has made great strides in, family reintegration, community re-integrations as well as employment stability. Therefore, it is respectfully

recommended Mr. Ramos-Cartagena be discharged from supervision at this time.

**WHEREFORE,** in view of the aforementioned, the U.S. Probation Officer from the Eastern District of Wisconsin has respectfully requested that the Court be notified of the above positive adjustments that Mr. Ramos-Cartagena has achieved during his supervision term and recommends that early termination of supervision be granted by the Court in this case.

In San Juan, Puerto Rico, this 15th of October 2024.

Respectfully submitted,

LUIS O ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/Alexandra Castellanos*
Alexandra Castellanos
U.S. Probation Officer
Federal Office Building
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-399-7334
Fax 787-771-4063
E-mail: alexandra_castellanos@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I electronically filled the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filling to parties in this case.

In San Juan, Puerto Rico, this 15th of October 2024.

*s/Alexandra Castellanos*
Alexandra Castellanos
U.S. Probation Officer