UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | |
| v. | CASE. NO.   97-110 (JAG) |
| **JORGE RAMOS-CARTAGENA,** Defendant. | |

**MOTION NOT OPPOSING EARLY TERMINATION**

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America through the undersigned attorneys and to this Honorable Court it is respectfully alleged and prayed as follows:

On October 15, 2024, the U.S. Probation office ("USPO") filed a motion requesting early termination of the supervise release term for Jose Ramos Cartagena. The USPO officer explained that Mr. Ramos was successful in complying with the conditions imposed by the Court and has successfully reintegrated into the community. Therefore, the government does not oppose the USPO's request for early termination.

**WHEREFORE**, in view of the foregoing, the United States does not oppose early termination of the supervise release term for this defendant.

1

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25 day of October, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

W. STEPHEN MULDROW
United States Attorney

*s/Pedro Casablanca*
Pedro R. Casablanca
USDC 219811
Assistant U.S. Attorney
Torre Chardon, Room 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
Tel. (787) 766-5656
Pedro.r.casablanca@usdoj.gov

2